## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| Carol Williams Gordon, | : Civil Action No.: _____ |
| Plaintiff, | : |
| v. | : |
| Uber Technologies, Inc., | : **COMPLAINT** |
|  | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

Plaintiff, Carol Williams Gordon, by undersigned counsel, brings the following complaint against Uber Technologies, Inc. and alleges as follows:

### JURISDICTION

1.     This action arises out of Defendant's repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA").

2.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3.     Plaintiff, is an adult individual residing in Lithonia, Georgia, and is a "person" as defined by 47 U.S.C. § 153(39).

4.      Defendant is a business entity located in San Francisco, California, and is a "person" as the term is defined by 47 U.S.C. § 153(39)

## ALLEGATIONS APPLICABLE TO ALL COUNTS

5.      On or about June 10, 2015, Uber began sending text messages to Plaintiff's cellular telephone, number 404-xxx-6890.

6.      The text messages stated:

Uber: Rex, upload your drivers license to start your background check
t.uber.com/atldocs

Pictures of the text messages Plaintiff received from Uber are attached hereto as Exhibit A.

7.      Plaintiff never provided her cellular telephone number to Uber and never consented to receive text messages from Uber.

8.      Upon information and belief, Uber sends text messages using an automatic telephone dialing system ("ATDS") pursuant to 47 U.S.C. § 227(a)(1).

9.      Upon information and belief, each of the aforementioned text messages was sent using an ATDS.

## COUNT I
## VIOLATIONS OF THE TCPA –
## 47 U.S.C. § 227, *et seq.*

10.      Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

11.     Without prior express consent, Uber texted Plaintiff's cellular telephone using an ATDS in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

12.     The telephone number texted by Uber was assigned to a cellular telephone service pursuant to 47 U.S.C. § 227(b)(1).

13.     The calls from Uber to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

14.     Uber's telephone system has the capacity to store numbers in a random and sequential manner.

15.     As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

16.     As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1.  Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

3

2.  Treble damages for each violation determined to be willful and/or

knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: August 25, 2015

Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.
Attorney Bar No.: 598666
Attorney for Plaintiff Carol Williams
Gordon
LEMBERG LAW L.L.C.
1100 Summer Street, Third Floor
Stamford, CT 06905
Telephone: (203) 653-2250 ext. 5500
Facsimile:   (203) 653-3424
Email: slemberg@lemberglaw.com